UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
THOMASLLOYD GROUP PLC,

                Plaintiff,

-against-

GREGORY KAHN,

                Defendant.
---------------------------------------------------------x

Case No. 10-cv-1791 (JGK)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that Defendant's time to answer, move or otherwise respond with respect to Plaintiff's Summons and Complaint in this action be and the same hereby is extended to and includes April 23, 2010.

IT IS FURTHER STIPULATED that this stipulation may be signed by facsimile and in counterpart originals with the same force and affect as if fully and simultaneously signed on a single original document.

DATED: New York, New York
           March 9, 2010

KRAVET & VOGEL, LLP
*Attorneys for Defendant Gregory Kahn*

By: _____
Donald J. Kravet (DK-2772)

1040 Avenue of Americas, Suite 1101
New York, New York 10018
(212) 997-7634

NIXON PEABODY LLP
*Attorneys for Plaintiff ThomasLloyd Group PLC*

By: _____
Adam Gilbert (AG-0890)

437 Madison Avenue
New York, New York 10022
(212) 940-3000

SO ORDERED

_____
U.S.D.J.

3/10/10

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/10