UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMASLLOYD GROUP PLC,

                              Plaintiff,

- vs -

GREGORY KAHN,

                              Defendant.

**NOTICE OF VOLUNTARY DISMISSAL**

10 Civ. 1791 (JGK)

**PLEASE TAKE NOTICE** that, pursuant to the Rule 41(a)(1) of the Federal Rules of Civil Procedure Rule, plaintiff hereby voluntarily dismisses its complaint against defendant without prejudice.

New York, New York
April 9, 2010

                Respectfully submitted,

                **NIXON PEABODY LLP**

                By:   /s/ Adam B. Gilbert
                Adam B. Gilbert (AG 0890)
                437 Madison Avenue
                New York, New York 10022
                (212) 940-3000

                *Attorneys for Plaintiff*
                *ThomasLloyd Group PLC*

12957537.2